Francis Hughes and Hedy Hughes, t/a Hughes' Tavern, Appellants *v.* Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board, Appellee.

Argued October 5, 1979, before Judges WILKINSON, JR., DISALLE and MACPHAIL, sitting as a panel of three.

*George Clark,* with him *James T. McHale,* and *McHale and Clark,* for appellants.

*J. Leonard Langan,* Assistant Attorney General, with him *Kenneth W. Makowski,* Acting Chief Counsel, and *Edward Biester, Jr.,* Attorney General, for appellee.

**348**

Per Curiam Opinion, November 19, 1979:

Presently before us is an appeal from a decision of the Lackawanna Court of Common Pleas affirming the seventy-five day suspension of appellants' liquor license by the Pennsylvania Liquor Control Board. Having carefully reviewed the issues presented by the parties and in light of the record, we affirm on the basis of the able opinion of Judge Munley dated December 12, 1978, which is reported at 80 Lack. Jurist 23 (1978).

### Per Curiam Order

And Now, this 19th day of November, 1979, the order of the Court of Common Pleas of Lackawanna County dated December 12, 1978, is hereby affirmed on the opinion of the lower court which is reported at 80 Lack. Jurist 23 (1978).